UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANGELO CLAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATES,<br><br>　　　　Defendant. | No. 1:20-cv-00971-AWI-EPG (PC)<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND<br><br>(ECF No. 21) |

  On February 16, 2021, Plaintiff filed a motion for leave to amend his complaint within thirty days. (ECF No. 21). Plaintiff states that due to covid-19, he is limited to law library access. Plaintiff also states that he opposes dismissal of his second amended complaint. Plaintiff does not attach an amended complaint or describe what would be contained in that amended complaint.

  Currently pending are this Court's Findings and Recommendations recommending that Plaintiff's second amended complaint be dismissed without leave to amend, dated January 28, 2021. (ECF No. 20). The Court noted that the second amended complaint suffered from similar defects as the first amended complaint.

  It is not clear that Plaintiff will amend his complaint in a manner that complies with the relevant legal standards, which the Court provided twice before, or that Plaintiff can add any facts that would state a constitutional claim. Therefore, the Court will not grant leave to amend at this time.

However, the Court will grant Plaintiff an additional thirty days to respond to the findings and recommendations.  In those objections, Plaintiff may include a proposed third amended complaint, or describe what additional facts he would allege if given another chance to amend his complaint.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion (ECF No. 21) is DENIED, WITHOUT PREJUDICE; and
2. Plaintiff shall respond to the Court's findings and recommendations no later than March 22, 2021.  In that response, Plaintiff may include a proposed third amended complaint if he chooses.

IT IS SO ORDERED.

Dated:   **February 19, 2021**                /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE