# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEANGELO CLAY,** <br><br>     **Plaintiff,** <br><br>     v. <br><br> **CATES,** <br><br>     **Defendant.** | **CASE NO. 1:20-cv-00971-AWI-EPG (PC)** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT** <br><br> (Doc. No. 20) |

    Plaintiff DeAngelo Clay is a state inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's second-amended complaint against Defendant Cates for alleged violation of Plaintiff's rights under the Eighth Amendment and Article I, Section 17 of the California Constitution. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

    On January 28, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's second-amended complaint be dismissed. Doc. No. 20. Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one days. Id. at 9. No objections have been filed, and the deadline to do so has expired.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 20) issued on January 28, 2021, are ADOPTED in full;
2. Plaintiff's second-amended complaint (Doc. No. 18) is DISMISSED without leave to amend;
   a. Plaintiff's federal constitutional claim is dismissed with prejudice for failure to state a claim;
   b. Plaintiff's state-law claim is dismissed for lack of subject-matter jurisdiction without prejudice to Plaintiff refiling such claim in state court; and
3. The clerk of court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __April 14, 2021__                   _____
                                             SENIOR DISTRICT JUDGE